AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__  DISTRICT OF  __NEW YORK__

STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE and
WATHNE, LTD.

**APPEARANCE**

Plaintiffs,

VALERIE SAROFIM and ROBB TODD,

Case Number: 08-CV-00420

Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

STEFAN WATHNE, THORUNN WATHNE, BERGJLOT WATHNE, SOFFIA WATHNE and WATHNE, LTD.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/24/2008 | [signature] |
| Date | Signature |
| | Helen Davis Chaitman — HC4266 |
| | Print Name — Bar Number |
| | 666 Fifth Avenue |
| | Address |
| | New York — NY — 10103 |
| | City — State — Zip Code |
| | (212) 977-9700 — (212) 262-5152 |
| | Phone Number — Fax Number |