AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

STEFAN WATHNE, THORUNN WATHNE, BERGJLOT WATHNE, SOFFIA WATHNE AND WATHNE, LTD.

V.

VALERIE SAROFIM AND ROBB TODD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00420

TO: (Name and address of Defendant)

VALERIE SAROFIM
1302 WAUGH, SUITE 137
HOUSTON, TEXAS 77019

ROBB TODD
4265 SAN FELIPE, SUITE 605
HOUSTON, TEXAS 77027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JAN 16 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: January 25, 2008 @ 11:20 A.M.

NAME OF SERVER (PRINT): Marcos Lardizabal-SCH768
TITLE: Private Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4265 San Felipe, Suite 605, Houston, Texas 77027

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Additional Documents Served: Rule 7.1 Statement
                              Judge's Rules

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-25-08

Address of Server: 6065 Hillcroft Ste 609, Houston TX 77081

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.