AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE
AND WATHNE, LTD.

V.

VALERIE SAROFIM AND ROBB TODD

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 00420

TO: (Name and address of Defendant)

VALERIE SAROFIM
1302 WAUGH, SUITE 137
HOUSTON, TEXAS 77019

ROBB TODD
4265 SAN FELIPE, SUITE 605
HOUSTON, TEXAS 77027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JAN 16 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/15/08 at 6:50 PM |
| NAME OF SERVER (PRINT) Andrew Monger | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: the doorman, Austin, a mole. I was not allowed up to Apt. — My attempts are 2/6/08 - 7:20 PM

☐ Returned unexecuted:
2/9/08 - 9:50 AM
2/11/08 - 6:15 PM

Address: 511 South Post Oak Ln, Apt 6D, Houston, TX 77056

☒ ~~Other (specify):~~ Additional Documents: Rule 7.1 Statement Judge's Rules

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/19/08
                   Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEFAN WATHNE, THORUNN WATHNE, et al,**

Case No.
08 CV 420

**Plaintiff,**

-v-

**VALERIE SAROFIM et al**

AFFIDAVIT OF MAILING

**Defendants.**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY:

On February 19, 2008, I mailed a true copy of the within Summons and Complaint, Rule 7.1 Statement and Judges Rules to Valerie Sarofim at 511 South Post Oak Ln, Apt 6D, Houston, TX 77056, her actual place of residence, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus
Lic. 778916

Sworn to before me this
19th day of February 2008.

NOTARY PUBLIC

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 20 09

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796