UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE, and
WATHNE, LTD.,

                08 CV 00420 (GEL)

        Plaintiffs,

                NOTICE OF APPEARANCE

  v.

VALERIE SAROFIM and ROB TODD,

        Defendants.
------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice in this Court, hereby appears in the above-referenced action as counsel for Defendant Valerie Sarofim.

Dated: New York, New York
       March 3, 2008

                MOUND COTTON WOLLAN & GREENGRASS

                By:   s/Sanjit Shah
                        Sanjit Shah (SS-0148)
                One Battery Park Plaza
                New York, New York 10004
                Phone : (212) 804-4200
                Fax    :(212) 344-8066
                sshah@moundcotton.com
                *Attorneys for Defendant*
                *Valerie Sarofim*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE, and
WATHNE, LTD.,

                                                                       08 CV 00420 (GEL)

        Plaintiffs,

    v.

VALERIE SAROFIM and ROB TODD,

        Defendants.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the Answer of Valerie Sarofim and Notice of Appearance of Sanjit Shah were served by United States mail, postage pre-paid, on the 3rd day of March 2008 upon those persons or entities listed below.

Bruce J. Turkle, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
*Attorneys for Plaintiffs*

                                                                 /s/ Sanjit Shah
                                                                 Sanjit Shah (SS-0148)