UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE, and
WATHNE, LTD.,

                Plaintiffs,

v.

VALERIE SAROFIM and ROB TODD,

                Defendants.
------------------------------------------------------------------X

08 CV 00420 (GEL)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice in this Court, hereby appears in the above-referenced action as counsel for Defendant Valerie Sarofim.

Dated: New York, New York
       March 4, 2008

                MOUND COTTON WOLLAN & GREENGRASS

                By:   s/Jeffrey S. Weinstein
                        Jeffrey S. Weinstein (JW-2619)
                One Battery Park Plaza
                New York, New York 10004
                Phone : (212) 804-4200
                Fax    :(212) 344-8066
                jweinstein@moundcotton.com
                *Attorneys for Defendant*
                *Valerie Sarofim*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE, and
WATHNE, LTD.,

                                                                              08 CV 00420 (GEL)

                Plaintiffs,

        v.

VALERIE SAROFIM and ROB TODD,

                Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the Notice of Appearance of Jeffrey S. Weinstein were served by United States mail, postage pre-paid, on the 4th day of March 2008 upon those persons or entities listed below.

Bruce J. Turkle, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
*Attorneys for Plaintiffs*

                                                              /s/ Sanjit Shah
                                                             Sanjit Shah (SS-0148)