IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEFAN WATHNE, THORUNN WATHNE, BERGJLOT WATHNE, SOFIA WATHNE AND WATHNE, LTD<br>Plaintiff,<br><br>v.<br><br>VALERIE SAROFIM AND ROBB TODD<br><br>Defendants | § § § § § § § § § § § | CIVIL ACTION NO. 08 CV 00420 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

## ORDER GRANTING ACCESS TO ECF SYSTEM

CAME TO BE CONSIDERED, on this the 3d day of March, 2008, the Motion to Obtain ECF Usage of the Defendant, Rob Todd, Attorney at Law. Having considered the Motion and any responses on file, the Court finds that said Motion has merit and should be granted in all ways. It is accordingly Ordered that Rob Todd, attorney at law, is granted access to the Southern District of New York ECF system with regard to his role in this matter

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Rob Todd
Federal Bar No. 14651 (SDT)
4265 San Felipe, Suite 605
Houston, Texas 77027
Phone: (713) 439-0039
Fax: (713) 629-1553