UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE, and
WATHNE, LTD.,

                                                                      08 CV 00420 (GEL)

              Plaintiffs,

      v.

VALERIE SAROFIM and ROB TODD,

              Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the Amended Answer of Valerie Sarofim was served by United States mail, postage pre-paid, on the 13th day of March 2008 upon those persons or entities listed below.

| | |
|---|---|
| Bruce J. Turkle, Esq. | Rob Todd, Esq. |
| Phillips Nizer LLP | Todd Law Firm |
| 666 Fifth Avenue | 4265 San Felipe |
| New York, NY 10103-0084 | Houston, TX 77027 |
| *Attorneys for Plaintiffs* | *Defendant Pro Se* |

                                                     /s/ Sanjit Shah
                                                     Sanjit Shah (SS-0148)