

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE and : Case No. 08 CV 00420 (GEL)
WATHNE, LTD.
: **NOTICE OF VOLUNTARY**
Plaintiffs, **DISMISSAL OF COMPLAINT AS**
: **AGAINST DEFENDANT ROBB**
v. **TODD WITHOUT PREJUDICE**
:
VALERIE SAROFIM and ROBB TODD,
:
Defendants.

----------------------------------------------------------- x

Plaintiffs hereby voluntarily dismiss, without prejudice and without costs, this action as against defendant Robb Todd pursuant to Fed. R. Civ. P. 41(a)(1). Defendant Robb Todd has not served an answer, or a motion for summary judgment.

Dated: New York, New York
       March 19, 2008

                                        PHILLIPS NIZER LLP

                                        By: _____
                                            Bruce J. Turkle (BT-2676)
                                            Attorneys for Plaintiff
                                            666 Fifth Avenue
                                            New York, NY 10103-0084
                                            (212) 977-9700

TO:   ROBB TODD, ESQ.
      Defendant pro se and Attorney
      for Defendant Valerie Sarofim
      Todd Law Firm
      4265 San Felipe, Suite 605
      Houston, Texas 77027

                                        **SO ORDERED**

                                        _____
                                        GERARD E. LYNCH, U.S.D.J.
                                        3/4/08

1038047.1