UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEFAN WATHNE, THORUNN WATHNE :   08 CV 00420 (GEL)
BERGJLOT WATHNE, SOFFIA WATHNE and :
WATHNE, LTD., :   **AFFIDAVIT OF**
: **SERVICE**
                  Plaintiffs, :

              - against - :

VALERIE SAROFIM, :

                 Defendant. :
------------------------------------------------------------x

STATE OF NEW YORK   )
                            )SS.:
COUNTY OF NEW YORK )

      Margaret Floyd, being duly sworn, deposes and says:

      I am not a party to this proceeding, am over eighteen years of age, and reside in the State of New York, County of Richmond.

      On the 3rd day of April, 2008, I caused a true copy of the **AFFIDAVITS OF ESTHER MALAMUD** and **HELEN DAVIS CHAITMAN, ESQ.** and **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** to be served on the ECF participants by electronic mail through the Court's ECF filing system and on the party specified below, by mailing a true and complete copy of same in a postage pre-paid envelope and by arranging to deposit same in a post office or official depository of the United States Postal Service within New York State:

      Mound Cotton Wollan & Greengrass
      Attorneys for Defendant
      c/o Sanjit Shah
      One Battery Park Plaza
      New York, New York 10004

                                                  _Margaret Floyd_
                                                  Margaret Floyd

Sworn to before me this
3rd day of April, 2008

_____
Notary Public

KRISTINE M. GRISSETT
NOTARY PUBLIC, State of New York
No. 01GR6075310
Qualified in New York County
Commission Expires June 3, 2010

1039710.1