UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
STEFAN WATHNE et al.,                            :
:
              Plaintiffs,              :
:     08 Civ. 420 (GEL)
   -against-                                    :
:     **ORDER**
VALERIE SAROFIM,                                 :
:
              Defendant.               :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

GERARD E. LYNCH, District Judge:

      Defendant Valerie Sarofim's motion to dismiss for lack of in personam jurisdiction is denied.

      The parties are directed to engage in mediation as directed by Judge Gilmore in the parallel litigation in the Southern District of Texas, Sarofim v. Wathne, Civil Action No. H-08-0269, and further proceedings are stayed pending the outcome of said mediation.

SO ORDERED.

Dated: New York, New York
       May 19, 2008

                                                      _____
                                                         GERARD E. LYNCH
                                                         United States District Judge