UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
STEFAN WATHNE, THORUNN WATHNE,
BERGJLOT WATHNE, SOFFIA WATHNE and   :   Case No. 08 CV 00420 (GEL)
WATHNE, LTD.
:   **ORDER DISMISSING ACTION**
Plaintiffs,   **WITH PREJUDICE**
:

v.
:
VALERIE SAROFIM and ROBB TODD,
:
Defendants.
:
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Upon the attached Full and Final Release and Settlement Agreement entered into between the parties, it is

ORDERED AND ADJUDGED that this action is hereby dismissed, with prejudice, and with costs taxed against the party incurring such cost.

All relief not expressly granted herein is denied.

Dated: June 24, 2008

_____
U. S. D. J.

1038047.1